**Order filed September 3, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00651-CV
_____

### ISSAC COOK AND NAKIA COOK, Appellants

### V.

### MUFADDAL REAL ESTATE FUND, Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1064435**

## O R D E R

The notice of appeal in this case was filed July 29, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **September 18, 2015.** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM